IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| AMANDA STEINER, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No.  13-2415-EFM |
| | ) | |
| GRANADA, LLC, | ) | |
| d/b/a The Granada, | | |
| | ) | |
| *Defendant*. | ) | |

## ORDER OF DISMISSAL

The above case comes on for consideration by the Court of its order filed January 2, 2014 (Doc. 3) to show cause why this action should not be dismissed against Defendant in its entirety. The Court instructed Plaintiffs to file their response on or before January 17, 2014.

Plaintiff's counsel filed a response on January 15, 2014 (Doc. 5) stating contact has been made with counsel for defendant.   Response stated that on or before January 31, 2014 counsel for defendant will either file their entry of appearance in this case or a resolution, including dismissal, will be sent to the Court.  Neither of these options has occurred.

**IT IS THEREFORE ORDERED** that nothing having been filed, this action should be and is hereby DISMISSED, in its entirety, without prejudice.

**IT IS SO ORDERED**.

Dated this 3rd day of February, 2014, in Wichita, Kansas.

*[signature]*

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE